IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Thomas, Latonya S

Printed: 10/29/08

Case Number: 07 B 22120
Judge: Hollis, Pamela S
Filed: 11/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 8, 2008
Confirmed: May 12, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,197.49 |  |
| Secured: |  | 1,193.22 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,802.03 |
| Trustee Fee: |  | 202.24 |
| Other Funds: |  | 0.00 |
| Totals: | 3,197.49 | 3,197.49 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,343.00 | 1,802.03 |
| 2. | Monterey Financial Services | Secured | 1,018.57 | 158.22 |
| 3. | Toyota Motor Credit Corporatio | Secured | 15,848.09 | 1,035.00 |
| 4. | Asset Acceptance | Unsecured | 112.04 | 0.00 |
| 5. | Long Beach Acceptance Corp | Unsecured | 610.22 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 24.31 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 87.02 | 0.00 |
| 8. | T Mobile USA | Unsecured | 89.20 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 148.10 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 29.94 | 0.00 |
| 11. | Toyota Motor Credit Corporatio | Unsecured | 156.64 | 0.00 |
| 12. | Sage Telecon | Unsecured | 21.50 | 0.00 |
| 13. | Cbe Group | Unsecured |  | No Claim Filed |
| 14. | Allied Interstate | Unsecured |  | No Claim Filed |
| 15. | Green Oaks Apartments | Unsecured |  | No Claim Filed |
| 16. | ACSI | Unsecured |  | No Claim Filed |
| 17. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 18. | Park Dansan | Unsecured |  | No Claim Filed |
| 19. | Allebacj Development | Unsecured |  | No Claim Filed |
| 20. | H&F Law | Unsecured |  | No Claim Filed |
| 21. | Urban Properties,Inc. | Unsecured |  | No Claim Filed |
| 22. | Park Dansan | Unsecured |  | No Claim Filed |
| 23. | Credit Protection Association | Unsecured |  | No Claim Filed |
|  |  |  | $ 21,488.63 | $ 2,995.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Thomas, Latonya S | Case Number: 07 B 22120 |
| | Judge: Hollis, Pamela S |
| Printed: 10/29/08 | Filed: 11/27/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 30.34 |
| 6.5% | 130.39 |
| 6.6% | 41.51 |
| | $ 202.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

